ANNA SEIDLINGER, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY et al., Appellants.

LOUIS SEIDLINGER, Respondent, *v.* THE SAME Appellants.

(Argued October 31, 1884; decided November 25, 1884.)

*Winchester Britton* and *Charles J. Patterson* for appellants.

*A. H. Dailey* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.